IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff,

v.

JOHN MCRAY, SR.,
EUGENE FALLS,
JERRY STRAHAN,
and MITCHELL BROWN,

Defendants.                                          No. 05-CR-30027-DRH

## ORDER

**HERNDON, District Judge:**

Now before the Court is Defendant Strahan's October 12, 2005 motion to continue (Doc. 93). Just last week, the Court appointed Strahan new counsel (Doc. 90). The Court being fully advised in the premises finds that Strahan's counsel needs additional time to prepare for trial. The Government does not object to the continuance. In addition, the Court finds that pursuant to **18 U.S.C. § 3161(h)(8)(A)**, the ends of justice served by the granting of such continuance outweigh the best interests of the public and *all* Defendants in a speedy trial. Therefore, the Court **GRANTS** Strahan's motion to continue (Doc. 93). The Court **CONTINUES** the **jury trial** scheduled for October 31, 2005 at 9:00 a.m. to February

6, 2006 at 9:00 a.m.  The time from the date the original motion was filed, October 12, 2005, until the date to which the trial is rescheduled, February 6, 2006, is excludable time for the purposes of speedy trial.  The parties shall notify the Court if a change of plea hearing is necessary.

    **IT IS SO ORDERED.**

    Signed this 13th day of October, 2005.

    /s/         David RHerndon
**United States District Judge**