IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**JOHN McCRAY, Sr.,**

**Defendants.**                                                     No. 05-CR-30027-DRH

## ORDER

**HERNDON, District Judge:**

On October 13, 2005, the Court held a status conference regarding McCray, Sr.'s legal representation. During the conference, the Court withdrew the CJA appointment of Steven Miller and informed McCray, Sr., that the Court would appoint a new CJA attorney to represent him. Thus, the Court **APPOINTS** Hank Branom, 9322 Manchester, St. Louis, Missouri 63119 to represent McCray, Sr., in this matter. Further, the Court **ORDERS** Assistant United States Attorney Jim Crowe to provide the discovery that he previously provided to Mr. Miller to Mr. Branom as soon as possible. The Court reminds the parties that this matter is set for jury trial on February 6, 2006.

**IT IS SO ORDERED.**

Signed this 14th day of October, 2005.

/s/          David RHerndon
**United States District Judge**