IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,
Plaintiff,

v.

JOHN McCRAY, Sr.,
Defendant.                                                                          No. 05-CR-30027-DRH

ORDER

**HERNDON, District Judge:**

Pending before the Court is McCray, Sr.'s pro se pleading filed on October 19, 2005 titled "motion requestion [sic] dismissal of indictment. On October 14, 2005, the Court appointed McCray, Sr. new counsel, Mr. Hank Branom, to represent him in this matter (Doc. 96). Because McCray, Sr. has court appointed counsel, the Court **STRIKES** this pleading. *See Johnson v. United States*, **196 F.3d 802, 805 (7th Cir. 1999)("A district court is entitled to insist that a represented party file papers only through counsel.")**. Thus, the Court insists that McCray, Sr. only filed pleadings through his court appointed counsel. The Court notes that Mr. Branom is free to re-file the motion to dismiss, and any other motions, if he deems them proper.

**IT IS SO ORDERED.**

Signed this 24th day of October, 2005.

/s/         David RHerndon
**United States District Judge**