IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CRIMINAL NO. 05-30027-01-DRH |
| | ) |
| JOHN MCCRAY, SR., | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

BEFORE THE COURT is the Government's Motion to Extend Time in Which to File its Responses to the Pre-Trial Motions of Defendant John McCray, Sr. (Docs. 156-159, 161-162; together, "McCray's Pre-Trial Motions").

The Court, being fully apprised in the premises for the Government's Motion, GRANTS the motion and extends the time for the filing of the Government's Responses to McCray's Pre-Trial Motions to and including July 24, 2006.

IT IS SO ORDERED.

/s/      David   RHerndon
United States District Judge

Dated this 27th, day of June, 2006.