IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.

**JOHN McCRAY, Sr.,**

    Defendant.                                      Case No. 05-cr-30027-DRH

### MEMORANDUM & ORDER

**HERNDON, District Judge:**

        Before the Court is defendant John McCray, Sr.'s Request and Motion for Disclosure of Expert Testimony (Doc. 158), as required pursuant to Rule 16(a)(1)(G) of the Federal Rules of Criminal Procedure. The Government has filed a Response (Doc. 177) to McCray's Motion, stating that it "has now filed its Notice of Expert Witnesses in which it makes disclosure of all materials required by Federal Rule of Criminal Procedure 16(a)(1)(G)" (Doc. 177, ¶ 1). The Government then states that its Notice of Expert Witnesses appears on the docket under this case number as document number 175. It further acknowledges its obligation to timely disclose any other expert witnesses it may elect to call at trial.

        The Court has examined the Notice of Expert Witnesses (Doc. 175) and it appears sufficient – further, McCray has not objected thereto. As such, the Court

finds that McCray's instant request has been satisfied and therefore the instant Motion (Doc. 158) is **FOUND AS MOOT**.

    **IT IS SO ORDERED.**

Signed this 25th day of October, 2006.

                                    /s/     David   RHerndon
                                    **United States District Judge**