IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**JOHN McCRAY, Sr.,**

**Defendant.**                                                                 **No. 05-CR-30027-DRH**

### ORDER

**HERNDON, District Judge:**

Now before the Court is McCray, Sr.'s motion for expedited sentencing (Doc. 223). Said motion is **GRANTED**. The Court **SETS** this matter for sentencing on Tuesday, March 6, 2007 at 9:30 a.m.

**IT IS SO ORDERED.**

Signed this 2nd day of March, 2007.

/s/      David   RHerndon

**United States District Judge**