IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff,

v.

MITCHELL BROWN,

Defendant.                                          No. 05-CR-30027-DRH

ORDER

**HERNDON, Chief Judge:**

Now before the Court is defendant's motion for appointment of counsel for appeal pursuant to 18 U.S.C. § 3006A (Doc. 349). The Court DENIES the motion. The Court does not have the authority to appoint counsel for the purposes of appeal. The Court DIRECTS Brown to re-file the motion with the Seventh Circuit Court of Appeals.

**IT IS SO ORDERED.**

Signed this 2nd day of July, 2013.

David R. Herndon
2013.07.02
08:41:54 -05'00'

**Chief Judge
United States District Court**